| | |
|---|---|
| 1 | ROBERT P. DOTY (STATE BAR NO. 148069) |
| | PETER M. MORRISETTE (STATE BAR NO. 209190) |
| 2 | COX, CASTLE & NICHOLSON LLP |
| | 555 Montgomery Street |
| 3 | Fifteenth Floor |
| | San Francisco, CA 94111-2585 |
| 4 | Telephone: (415) 392-4200 |
| | Facsimile: (415) 392-4250 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | REDEVELOPMENT AGENCY OF THE CITY OF |
| 7 | PITTSBURG, CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDEVELOPMENT AGENCY OF THE CITY OF PITTSBURG, CALIFORNIA, | Case No. C04 2349 MJJ |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF CLAIMS WITH PREJUDICE** |
| vs. | Granted |
| UNITED STATES STEEL CORPORATION, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties of this action through their designated counsel that the entire above-captioned action be hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). The parties will each bear their own attorneys' fees and costs pursuant to the terms of the settlement agreement between the parties. Notwithstanding this dismissal, the Court shall retain jurisdiction over the parties and over the subject matter of this action for the purpose of enforcing the settlement agreement between the parties.

///

///

///

///

///

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August /9, 2005 | COX, CASTLE & NICHOLSON LLP |
| 3 | | |
| 4 | | By: *Peter M. Morrisette* (signature) |
| 5 | | Peter M. Morrisette |
| 6 | | Attorneys for Plaintiff REDEVELOPMENT AGENCY OF THE CITY OF PITTSBURG, CALIFORNIA |
| 7 | | |
| 8 | DATED: August ____, 2005 | GLYNN & FINLEY, LLP |
| 9 | | |
| 10 | | By: _____ |
| 11 | | Andrew T. Mortl |
| 12 | | Attorneys for Defendant UNITED STATES STEEL CORPORATION |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August _____, 2005 | COX, CASTLE & NICHOLSON LLP |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Peter M. Morrisette<br>Attorneys for Plaintiff REDEVELOPMENT |
| 6 | | AGENCY OF THE CITY OF PITTSBURG,<br>CALIFORNIA |
| 7 | | |
| 8 | DATED: August 17, 2005 | GLYNN & FINLEY, LLP |
| 9 | | |
| 10 | | By: /s/ Andrew J. Mortl |
| 11 | | Andrew T. Mortl<br>Attorneys for Defendant UNITED STATES |
| 12 | | STEEL CORPORATION |

8/25/2005

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Martin J. Jenkins]